B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 09–42862**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   George E. Scott Jr
   aka George E. Scott Jr
   1923 South State Street
   Unit 1
   Chicago, IL 60616

Social Security / Individual Taxpayer ID No.:
   xxx–xx–3168

Employer Tax ID / Other nos.:


### DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                FOR THE COURT


Dated: <u>August 30, 2010</u>                   <u>Kenneth S. Gardner, Clerk</u>
                                                United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                  Page 1 of 1                   Date Rcvd: Aug 30, 2010
Case: 09-42862                 Form ID: b18                  Total Noticed: 13

The following entities were noticed by first class mail on Sep 01, 2010.
db           +George E. Scott, Jr,   1923 South State Street,    Unit 1,    Chicago, IL 60616-2363
14715381     +Cmppntrs/Northwestern,   2400 Reynolda Rd,    Winston Salem, NC 27106-4606
14715382     +Conrad Credit Corp,   476 W Vermont Ave,    Escondido, CA 92025-6529
14715383     +Dera Property Management,    1945 Cornell Avenue Suite D,    Melrose Park, IL 60160-1005
15015240     +Northwestern University,    Student Loan Office,    555 Clark St 3rd Fl,    Evanston, IL 60208-1227
14715386     +Peoplesene,   130 E. Randolph Drive,    Chicago, IL 60601-6302
14715387     +Schnerderman Kahn,   6035 N Northwest Highway,    Chicago, IL 60631-2543
14715389     +Us Dept Of Education,   Po Box 5609,    Greenville, TX 75403-5609

The following entities were noticed by electronic transmission on Aug 30, 2010.
aty          +E-mail/Text: radzilowsky@gmail.com                            Michael Radzilowsky,
               Law Offices of Michael Radzilowsky,    123 W. Madison,    1500,    Chicago, IL 60602-4612
tr           +EDI: QBACHATZ.COM Aug 30 2010 19:48:00      Barry A Chatz,   Arnstein & Lehr,
               120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
14715380     +EDI: AMEREXPR.COM Aug 30 2010 19:48:00      American Express,   P.O. Box 297871,
               Fort Lauderdale, FL 33329-7871
14715384      EDI: IRS.COM Aug 30 2010 19:48:00      Department Of Treasury-IRS,    Internal Revenue Service,
               PO Box 21126,   Philadelphia, PA 19114
14715391     +EDI: USAA.COM Aug 30 2010 19:48:00      Usaa Federal Savings B,    Po Box 47504,
               San Antonio, TX 78265-7504
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14715385      Landing and Associates,   Jeseyville, IL
14715388      State of Illinois Department of Rev
14715390*    +Us Dept Of Education,   Po Box 5609,    Greenville, TX 75403-5609
                                                                                              TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 01, 2010**              **Signature:**  _Joseph Speetjens_